United States District Court
For the
District of Vermont

Princess C. Montpelier
　　　Plaintiff

Case No. 2:19-cv-84

v

Green Mountain Care
　　　Defendant
Corey Gaspason
Commissioner
144 State Street
Montpelier, VT 05602

## COMPLAINT

Green Mountain Care has repeatedly denied me transportation to medical facilities for care

First to Dartmouth Hitchcock Medical Center for neurosurgical care alledging University Vermont Medical Center is much closer and apropo for my care. I have advised I cannot go there because the neurosurgical care and/or department has discriminated horrendously against me in the past. In fact in 2009 refused to see me at all I was in acute pain. And in fact I was forced to leave Vermont and go elsewhere as I knew without removing the impingement of L5 on S1 nerve would cause me to become a paraplegic.

COMPLAINT CONTINUED

Princess C. Montpelier
    Plaintiff

        v

Green Mountain Care
    Defendant

The discrimination I have suffered from the neurosurgical department at the University of Vermont Medical Center will be part of a separate action

I proffer receipt for $115 68/100 (one hundred fifteen dollars and sixty eight/100) as proof of my expenses on May 21st 2009 for a trip to Dartmouth Hitchcock in Lebanon, New Hampshire and identified as Exhibit 'A'

I requested transportation to New York City to see Dr. T Photopsaltis, the primary surgeon, within a team of three, who performed extensive and complex surgery on December 14th, 2018. And this trip denied for May 23rd, 2019 because he is not within the Vermont Network and no record of previous transportation. I have argued Dr Photopsaltis leaves in New York and operates in New York City all to no avail or logical response

I am being denied post-operative care, I opine, by individuals whom do no have the ability to analytically think logically and/or clarity.

## Jurisdiction

I opine the United States District Court for the District of Vermont has the apropo jurisdiction because I know the Federal government contributes to medicaid of each state. And currently the State of Vermont is not delivering

May 24th, 2019   Princess C Montpelier

## CLAIMS

As stated within my complaint Green Mountain Care is denying me transportation to reach medical entities I need for my continued and apropo health care.

#1 First to Dartmouth Hitchcock Medical Center in Lebanon, New Hampshire

#2 Second to 333 East 38th Street New York City, New York to follow up with Dr. Themistocles Photopsaltis the primary surgeon of an extended and complex surgery of December 14, 2018

## RELIEF

I wish for the court to instruct Green Mountain Care to provide me with the transportation need to my apropo deserved medical appointments And if not, to reimburse me with expenses for transportation including hotel expense as necessary

*Princess C. Montpelier*
Princess C Montpelier